# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 14-cr-3202-BAS |
|---|---|
| Plaintiff, | **JUDGMENT AND ORDER GRANTING GOVERNMENT'S AMENDED MOTION TO DISMISS INFORMATION** |
| v. | |
| JUAN ARMANDO VELAZQUEZ-COTA, | **[ECF No. 26]** |
| Defendant. | |

Pending before the Court is the Government's amended motion to dismiss the information without prejudice under Federal Rule of Criminal Procedure 48(a), and release and remand the material witnesses to the Department of Homeland Security. (ECF No. 26.) The Government indicates that this request is made in the interest of justice. (Gov't's Mot. 1:16.) Having read the moving papers, and good cause appearing, the Court **GRANTS** the Government's amended motion to dismiss.

Accordingly, the Court **DISMISSES WITHOUT PREJUDICE** the information in this case, and **ORDERS** the material witnesses—Roberto Valenzuela-Corrall, Juan Fernando Ortiz-Esparza, Adolfo Olazabal-Murillo, and Luis Fernando Talavera-

1  Ramirez—released and remanded to the Department of Homeland Security for return
2  to their respective countries of origin.  The Clerk of the Court shall **TERMINATE AS**
3  **MOOT** the Government's previously filed motion to dismiss that was entered on
4  November 24, 2014.  (ECF No. 25.)
5      **IT IS SO ORDERED.**

7  **DATED: November 25, 2014**

   *[signature]*
   **Hon. Cynthia Bashant**
   **United States District Judge**